```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                    NORTHERN DIVISION AT ASHLAND
```

CIVIL ACTION NO. 22-70-WOB

**MARLON HENSON**                                                **PLAINTIFF**

VS.                              **ORDER**

**JAMES DAVID GREEN**                                            **DEFENDANT**

This matter is before the Court on the Report and Recommendation (Doc. 5) of the Magistrate Judge, and no objections having been filed, and the Court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that this action be, and hereby is **TRANSFERRED** to the United States District Court for the Western District of Kentucky, Louisville Division.

This 7th day of October, 2022.



Signed By:
*William O. Bertelsman* WOB
United States District Judge